# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL   2023 APR 24 PM 2:2[?]

DEPUTY CLERK MS

Plaintiff: Candace Seary

v.

Defendant: Samuoel Samy

Civil Action No. 3-23CV0863-K

## COMPLAINT

**Motion to Stop Order to Vacate**

I have explained that the school district that I work for are guilty of embezzlement. They have stolen over $7,200 from me. I will have the money by May 20, 2023 and I want to stop him from making me vacate the property. My lease is up in July 2023 and I will not renew my lease. See attached case, from Texas Workforce Commission Wages

\* Attach additional pages as needed.

Date: 4/24/2023
Signature: [signed]
Print Name: Candace Seary
Address: 3824 Carlsbad Way
City, State, Zip: Fort Worth, TX 76244
Telephone: (469) 967-0785



# TEXAS WORKFORCE COMMISSION

COMMISSION APPEALS RM. 678  
101 E. 15TH ST.  
AUSTIN, TX 78778

FAX (512) 475-2044  
TEL. 1-800-432-4218

March 30, 2023

**CORRECTED ACKNOWLEDGEMENT LETTER**  
Correction = Claimant's appeal date  
Remailed

CANDACE SEARCY  
4600 MARK IV  
PO BOX 164322  
FORT WORTH TX  76161

Claimant: CANDACE SEARCY  
SSN: XXX-XX-0885  
Claim Number: 22-060021-1

The claimant's communication of February 18, 2022, has been received and is being referred to the Commission for consideration as an appeal to the Commission of the decision rendered by the Wage Claim Appeal Tribunal.

As soon as this case is reached on the Commission docket, a review of the case will be made. The decision of the Commission is normally rendered on the basis of the evidence previously submitted. However, if the Commission deems it necessary to have additional evidence, a hearing will be scheduled and all parties notified of the date and place of the hearing.

You will be advised of the Commission's decision in the matter as soon as they have completed their review of the entire record in the case.

**PLEASE REFER TO THE ABOVE CLAIM NUMBER IF YOU CALL TWC OR WRITE REGARDING THIS APPEAL.**

CROWLEY INDEPENDENT SCHOOL DISTRICT  
512 PEACH ST  
CROWLEY TX  76036-3119

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Candace Searcy

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Samuoel Samy

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

APR 24 2023
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

(checked: 230 Rent Lease & Ejectment; 442 Employment; 443 Housing/Accommodations)

## V. ORIGIN *(Place an "X" in One Box Only)*

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

Brief description of cause: I'm being ordered to vacate and I want it to stop

## VII. REQUESTED IN COMPLAINT:

## VIII. RELATED CASE(S) IF ANY

DATE: 4/24/2023