# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CANDACE SEARCY,  )  | |
|     Plaintiff, ) | |
| vs. ) | No. 3:23-CV-00863-K-BH |
| ) | |
| SAMUOEL SAMY, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed for lack of subject matter jurisdiction. Plaintiff's Motion for Judgment (Doc. No. 14), considered as a Motion as well as Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge is DENIED to the extent this is a Motion and OVERRULED as Objections. All other motions are DENIED.

SO ORDERED.

**SIGNED** May 25th, 2023.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE