**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CANDACE SEARCY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:23-CV-00863-K-BH** |
| | ) | |
| **SAMUOEL SAMY,** | ) | |
| **Defendant.** | ) | **Referred to U.S. Magistrate Judge[1]** |

**<u>ORDER</u>**

  Based on the relevant filings and applicable law, the plaintiff's *Motion to Transfer to the Fort Worth Division*, filed May 25, 2023 (doc. 19), is **DENIED**. This case has been dismissed and closed by judgment entered on May 25, 2023, for lack of subject matter jurisdiction.

  **SIGNED this 26th day of May, 2023.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.