IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CANDACE SEARCY,             ) | |
|     Plaintiff,     ) | |
| vs.                         ) | No. 3:23-CV-00863-K-BH |
|                             ) | |
| SAMUOEL SAMY,               ) | |
|     Defendant.    ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The *Motion[s] to Reopen Case*, filed on September 14, 2023 (docs. 26,27), are liberally construed as seeking relief under Fed. R. Civ. P. 60(b) and are **DENIED**. Further, Plaintiff's Second Motion for a Protective Order, filed on September 30, 2023, is also **DENIED.**

Any further filings in this CLOSED case shall be docketed for administrative purposes only, and any motion terminated.

SO ORDERED.

**Signed October 3rd, 2023.**

*Ed Kinkeade*
_____
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**